**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

IBRAHEEM SAMIRAH, DDS

       Plaintiff,                            Case No. _____

   -against-

DISTRICT SMILES, PLLC, DR. MARYAM SEIFI,
WILLIAM POWELL, and NINA KIMMEL,

       Defendants.

**NOTICE OF REMOVAL**

Defendants DISTRICT SMILES, PLLC, DR. MARYAM SEIFI, WILLIAM POWELL, and NINA KIMMEL ("Defendants"), pursuant to 28 U.S.C. §§ 1331, submit the following Notice of Removal with respect to the above-captioned case, which was filed in the Superior Court for the District of Columbia, Case No. 2020 CA 002808 B.  In support of this Notice of Removal, Defendants state the following:

**Background**

1.     On or about June 16, 2020, Plaintiff Ibraheem Samirah, DDS ("Plaintiff") commenced a civil action against Defendants by filing a Complaint in the Superior Court for the District of Columbia, captioned *Ibraheem Samirah, DDS v. District Smiles, PLLC, and Dr. Maryam Seifi, and William Powell, and Nina Kimmel*, Case No. 2020 CA 002808 B.

2.     On October 6, 2020, Plaintiff served the Summons and Complaint on Defendants via personal service.  A true and correct copy of the Summons and Complaint, which constitutes "all summons, pleadings, and orders" served upon Defendants in the state court action, is attached as **Exhibit 1**.  Because Defendants filed this Notice of Removal within thirty days of service, this Notice of Removal is timely.  *See* 28 U.S. § 1446(b).

3. Plaintiff alleges various claims against Defendants, including discrimination and retaliation in violation of 28 U.S.C. § 1981, discrimination based on race, sex, and religion and retaliation in violation of the District of Columbia Human Rights Act, failure to pay wages and retaliation in violation of the District of Columbia Wage Payment and Collection Law (D.C. Code § 32-1301, *et seq.*), and breach of contract.

## I. This Case is Removable Based Upon Federal Question Jurisdiction.

4. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. This action is a civil action in which Plaintiff alleges that he has been discriminated and retaliated against in violation of 28 U.S.C. § 1981. *See* Compl.

6. Based on the foregoing, this Court has original jurisdiction over Plaintiff's claims. *See* 28 U.S.C. § 1331.

## II. This Court Has Supplemental Jurisdiction Over Plaintiff's State Law Claims.

7. This Court has supplemental jurisdiction over Plaintiff state law discrimination, retaliation, and breach of contract claims because they are so related to Plaintiff's discrimination and retaliation claims under 28 U.S.C. § 1981 "that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. 1367(a). Indeed, Plaintiff asserts the same set of facts for all of his claims.

8. Thus, this case will involve the same witnesses, presentation of the same evidence, and a determination of the same, or very similar, facts.

## III. Notice of Removal on State Court

9. Promptly upon the filing of this Notice of Removal, Defendants shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, and will serve a copy

thereof on Plaintiff, pursuant to 28 U.S.C. §1446(d).  A copy of this Notice is attached hereto as **Exhibit 2.**

## Conclusion

10.Based on the foregoing, this Court has original jurisdiction over this action based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.  Therefore, the Court may properly exercise jurisdiction over this lawsuit.  28 U.S.C. §1441(a).

WHEREFORE, Defendants request that the above-described action pending against them be removed to this Court.

Dated: October 26, 2020

Respectfully submitted,

DISTRICT SMILES, PLLC, DR. MARYAM SEIFI, WILLIAM POWELL, and NINA KIMMEL

By: */s/ Karla Grossenbacher*
Karla Grossenbacher (DC Bar No. 442544)
kgrossenbacher@seyfarth.com
Samantha L. Brooks (DC Bar No. 1033641)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, NW
Washington, DC 20004
(202) 828-3560
Fax: (202) 641-9029
*Counsel for Defendants*